**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 19-2062**

─────────────

WENGUI GUO, a/k/a Miles Kwok,

       Plaintiff - Appellee,

   v.

YELIANG XIA,

       Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:18-cv-00174-LO-TCB)

─────────────

Submitted:  June 30, 2022                        Decided:  July 29, 2022

─────────────

Before WYNN, THACKER, and RUSHING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:**  Ning Ye, LAW OFFICE OF NING YE, Flushing, New York, for Appellant. J. David Morrissy, ZEICHNER ELLMAN & KRAUSE LLP, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yeliang Xia appeals the district court's order entering judgment on the jury verdict in favor of Wengui Guo on Guo's claims of defamation and defamation per se against Xia, in favor of Xia on Xia's defamation counterclaim against Guo, and in favor of Guo on Xia's defamation per se counterclaim against Guo. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Guo v. Xia*, No. 1:18-cv-00174-LO-TCB (E.D. Va. filed Sept. 12, 2019 & entered Sept. 13, 2019). We deny Xia's motion for oral argument and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*